WINSTON & STRAWN
SEAN G. WIEBER, ESQ.
(*pro hac vice* forthcoming)
swieber@winston.com
KEVIN P. SIMPSON, ESQ.
(*pro hac vice* forthcoming)
ksimpson@winston.com
AMELIA GARZA-MATTIA, ESQ.
(*pro hac vice* forthcoming)
agarzamattia@winston.com
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

CAMPBELL & WILLIAMS
PHILIP R. ERWIN, ESQ. (11563)
pre@cwlawlv.com
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

*Attorneys for Defendants*
*R1 RCM, Inc. and Dignity Health*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HEATHER HILLBOM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>R1 RCM, INC.; and DIGNITY HEALTH d/b/a DIGNITY HEALTH – ST. ROSE DOMINICAN, ROSE DE LIMA CAMPUS,<br><br>Defendants, | CASE NO.: 2:24-cv-00664-JAD-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Heather Hillbom ("Plaintiff") and Defendants R1 RCM, Inc. and Dignity Health d/b/a Dignity Health – St. Rose Dominican Hospital (collectively, the "Defendants"), by and through their undersigned counsel of

1

record, that Defendants shall have an additional 35 days to answer or otherwise respond to the Complaint (ECF No. 1). Defendants' original response deadline is July 23, 2024. With an additional 35 days, Defendants' deadline to answer or otherwise respond to the Complaint is extended to August 27, 2024.

Good cause exists for the extension set forth herein. First, Defendants require additional time to prepare a response to Plaintiff's Complaint. Second, Defendants' counsel has preexisting professional obligations that would make complying with the existing deadline difficult. Third, the interests of efficiency would be served by granting the Parties sufficient time to meet and confer on a reasonable approach and briefing schedule for any potential motions to be presented to the Court in response to the Complaint.

This is the first extension requested for Defendants to respond to the Complaint and is not made for the purpose of delay.

IT IS SO STIPULATED.

DATED this 22nd day of July, 2024

CAMPBELL & WILLIAMS

By /s/ *Philip R. Erwin*
PHILIP R. ERWIN, ESQ. (11563)
710 South Seventh Street
Las Vegas, Nevada 89101

WINSTON & STRAWN

SEAN G. WIEBER, ESQ.
(*pro hac vice* forthcoming)
KEVIN P. SIMPSON, ESQ.
(*pro hac vice* forthcoming)
AMELIA GARZA-MATTIA, ESQ.
(*pro hac vice* forthcoming)

*Attorneys for Defendants*

DATED this 22nd day of July, 2024

KAZEROUNI LAW GROUP, APC

By /s/ *Mona Amini*
GUSTAVO PONCE, ESQ. (15084)
MONA AMINI, ESQ. (15381)
6940 S. Cimarron Road, Suite 210
Las Vegas, Nevada 89113

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

**Date:  July 22, 2024**

2