Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6787 W. Tropicana Avenue, Suite 250
Las Vegas, Nevada 89103
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523
E-mail: gustavo@kazlg.com
          mona@kazlg.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER HILLBOM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>R1 RCM INC.; and DIGNITY HEALTH d/b/a DIGNITY HEALTH - ST. ROSE DOMINICAN HOSPITAL, ROSE DE LIMA CAMPUS,<br><br>Defendants. | Case No.: 2:24-cv-00664-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE AND REPLY TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT [ECF 18]**<br><br>**(FIRST REQUEST)** |

Plaintiff HEATHER HILLBOM ("Plaintiff") and Defendants R1 RCM INC.; and DIGNITY HEALTH d/b/a DIGNITY HEALTH - ST. ROSE DOMINICAN HOSPITAL, ROSE DE LIMA CAMPUS (together as "Defendants") (collectively as "the Parties"), by and through their counsel, hereby stipulate to extend the Parties' respective deadlines to respond and reply to Defendants' Motion to Dismiss Plaintiff's Class Action Complaint (the "Motion") (ECF 18).

WHEREAS, Defendants filed their Motion on August 27, 2024. (ECF 18).

WHEREAS, Plaintiff's Response or Opposition to the Motion is presently due on September 10, 2024.

WHEREAS, Defendants' Reply in support of their Motion is presently due on September 17, 2024.

WHEREAS, the Parties have conferred and mutually agreed to an extension of time for the Parties' briefing schedule related to Defendants' Motion as follows:

- Plaintiff's Response to the Motion to be filed by October 10, 2024; and
- Defendants' Reply in support of the Motion to be filed by October 31, 2024.

WHEREAS, the Court issued a Notice setting an in-person hearing for Defendants' Motion on a stacked calendar on Monday, November 4, 2024 at 02:30 PM in Las Vegas Courtroom 6D before Judge Jennifer A. Dorsey. (ECF 19).

WHEREAS, in light of the Parties' agreed upon extension of time of the Parties' briefing schedule related to Defendants' Motion, the Parties propose that the hearing on Defendants' Motion be continued to November 25, 2024 or a later date which is convenient for the Court.

WHEREAS, this is the Parties' first stipulation to extend these deadlines and is not made for the purposes of delay.

//
//
//

STIPULATION TO EXTEND TIME TO FILE RESPONSE AND REPLY TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT

IT IS THEREFORE STIPULATED between the Parties as follows:

1. Plaintiff's Response to the Motion due by October 10, 2024;
2. Defendants' Reply in support of the Motion due by October 31, 2024; and
3. Hearing on Defendants' Motion continued to November 25, 2024 or a later date which is convenient for the Court.

DATED this 6th day of September 2024.

Respectfully submitted,

By: */s/ Mona Amini*
Mona Amini, Esq.
**KAZEROUNI LAW GROUP, APC**
6940 S. Cimarron Rd., Ste. 210
Las Vegas, NV 89113

*Attorneys for Plaintiff*

By: */s/ Philip R. Erwin*
Philip R. Erwin, Esq.
**CAMPBELL & WILLIAMS**
710 South Seventh Street, Suite A
Las Vegas, NV 89101

Sean G. Wieber, Esq. (*pro hac vice*)
Kevin P. Simpson, Esq. (*pro hac vice*)
Amelia Garza-Mattia, Esq. (*pro hac vice*)
**WINSTON & STRAWN LLP**
35 W. Wacker Dr.
Chicago, IL 60601

*Attorneys for Defendants*

### ORDER

IT IS SO ORDERED.

Dated: 9/11/24

_____
HON. JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

- 3 -

STIPULATION TO EXTEND TIME TO FILE RESPONSE AND REPLY TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT