Philip R. Erwin, Esq. (11563)
CAMPBELL & WILLIAMS
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540
pre@cwlawlv.com

Sean G. Wieber (admitted *pro hac vice*)
Kevin P. Simpson (admitted *pro hac vice*)
Amelia Garza-Mattia (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
SWieber@winston.com
KPSimpson@winston.com
AGarzaMattia@winston.com

*Attorneys for Defendants R1 RCM, Inc.
and Dignity Health d/b/a St. Rose Dominican Hospital*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HEATHER HILLBOM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>R1 RCM INC. and DIGNITY HEALTH d/b/a DIGNITY HEALTH – ST. ROSE DOMINICAN HOSPITAL, ROSE DE LIMA CAMPUS,<br><br>Defendants. | Case No.: 2:24-cv-00664-JAD-EJY<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS**<br><br>**(FIRST REQUEST)**  ECF No. 25 |

Plaintiff Heather Hillbom ("Plaintiff"), by and through her undersigned counsel, and Defendants R1 RCM Inc. ("R1") and Dignity Health d/b/a St. Rose Dominican Hospital ("Dignity Health" and, together with R1, "Defendants"), by and through their undersigned counsel, hereby stipulate and request that the Court stay proceedings in the above-captioned action pending the parties' forthcoming in-person mediation, which is scheduled for January 29, 2025. In support of this stipulation, the parties state as follows:

On April 5, 2024, Plaintiff filed a Class Action Complaint advancing claims arising from an alleged data security incident affecting Defendants. *See* ECF No. 1. Defendants filed a Joint Motion to Dismiss Plaintiff's Class Action Complaint ("Motion") on August 27, 2024. ECF No. 18. The Motion is fully briefed and is set for hearing on December 3, 2024 at 2:30 p.m. ECF No. 23.

Amid briefing on Defendants' Motion, the parties began discussing the potential for mediation of the case. This matter is now scheduled to be mediated on January 29, 2025, by Bruce A. Friedman (JAMS), an experienced mediator in lawsuits involving alleged data security incidents. January 29, 2025 was the earliest available date that worked for Mr. Friedman, the parties, and their counsel. In an effort to conserve the resources of this Court and the parties, the parties respectfully request that this case, and all litigation deadlines, including but not limited to the Court's hearing of Defendants' Motion and disposition thereof, be temporarily stayed until after the mediation date.

In connection with the temporary stay, the parties propose filing a joint status report after the mediation is complete to advise the Court on whether the mediation was successful, whether additional time is needed, and proposed next steps. Because cases of this complexity often are not resolved in a single day of mediation, the parties propose to submit this joint status report no later than February 12, 2025 (*i.e.*, 14 days from the date of mediation).

This request to stay proceedings is made in good faith to allow the parties to focus their attention and resources on meaningful preparation for, and participation in, the scheduled mediation. This is the parties' first stipulation to stay proceedings, and it is not made for any improper purpose or other reason of delay.

IT IS THEREFORE STIPULATED, and the parties respectfully request, that the Court stay all proceedings and deadlines in this case, including the hearing on and disposition of Defendants' Motion, pending the parties' participation in scheduled mediation, as to which the parties will provide an update to the Court in the form of a joint status report no later than February 12, 2025.

2

DATED this 4th day of November, 2024.

By:  /s/ *Mona Amini*  
Gustavo Ponce, Esq. (15084)  
Mona Amini, Esq. (15381)  
KAZEROUNI LAW GROUP, APC  
6940 S. Cimarron Rd., Suite 210  
Las Vegas, NV 89113  

*Attorneys for Plaintiff*

By:  /s/ *Philip R. Erwin*  
Philip R. Erwin, Esq. (11563)  
CAMPBELL & WILLIAMS  
710 South Seventh Street, Suite A  
Las Vegas, NV 89101  

Sean G. Wieber (admitted *pro hac vice*)  
Kevin P. Simpson (admitted *pro hac vice*)  
Amelia Garza-Mattia (admitted *pro hac vice*)  
WINSTON & STRAWN LLP  
35 W. Wacker Dr.  
Chicago, IL 60601  

*Attorneys for Defendants*

### ORDER

Based on the parties' stipulation [ECF No. 25] and good cause appearing, IT IS HEREBY ORDERED that **THIS CASE IS STAYED FOR ALL PURPOSES** until February 12, 2025. Should the parties resolve this case as a result of the currently scheduled mediation and require additional time to prepare dismissal paperwork, they may file a stipulation to extend this stay.

_____  
U.S. District Judge Jennifer A. Dorsey  
Dated: November 6, 2024

3