1  Gustavo Ponce, Esq.
   Nevada Bar No. 15084
2  Mona Amini, Esq.
   Nevada Bar No. 15381
3  **KAZEROUNI LAW GROUP, APC**
   6940 S. Cimarron Road, Suite 210
4  Las Vegas, Nevada 89113
   Telephone: (800) 400-6808
5  Facsimile: (800) 520-5523
   E-mail: gustavo@kazlg.com
6  E-mail: mona@kazlg.com

7  *Attorneys for Plaintiff*

8

9              **UNITED STATES DISTRICT COURT**

10                  **DISTRICT OF NEVADA**

11  HEATHER HILLBOM, individually and on        Case No.: 2:24-cv-00664-JAD-EJY
    behalf of all others similarly situated,
12
                        Plaintiff,             **STIPULATION AND ORDER TO STAY**
13                                             **PROCEEDINGS**
           vs.
14
                                               **(SECOND REQUEST)**
15  R1 RCM INC.; and DIGNITY HEALTH d/b/a
    DIGNITY HEALTH - ST. ROSE DOMINICAN
16  HOSPITAL, ROSE DE LIMA CAMPUS,
                                                     ECF Nos. 18, 32
17                      Defendants.

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO STAY PROCEEDINGS

1    Plaintiff Heather Hillbom ("Plaintiff"), by and through her undersigned counsel, and

2   Defendants R1 RCM Inc. ("R1") and Dignity Health d/b/a St. Rose Dominican Hospital ("Dignity

3   Health" and, together with R1, "Defendants"), by and through their undersigned counsel, hereby

4   stipulate and request that the Court further stay proceedings in the above-captioned action. In

5   support of this stipulation, the parties state as follows:

6    On April 5, 2024, Plaintiff filed a Class Action Complaint advancing claims arising from an

7   alleged data security incident affecting Defendants. *See* ECF No. 1.  Defendants filed a Joint

8   Motion to Dismiss Plaintiff's Class Action Complaint ("Motion") on August 27, 2024, and the

9   parties completed briefing on October 31, 2024.  ECF Nos. 18, 22, 24.

10    Amid briefing on Defendants' Motion, the parties scheduled an in-person mediation with

11   Bruce A. Friedman (JAMS), an experienced mediator in lawsuits involving alleged data security

12   incidents, for January 29, 2025 in an effort to resolve the case.  The parties accordingly requested

13   that the Court temporarlily stay proceedings pending the outcome of the mediation.  ECF No. 25.

14   On November 6, 2024, the Court granted the parties' stipulation, which provided for a stay of all

15   litigation deadlines, including the Court's hearing of Defendants' Motion and disposition thereof.

16   ECF No. 26.  Pursuant to the stipulation, the Court ordered the parties to file a joint status report by

17   February 12, 2025, advising the Court on whether the mediation was successful and proposing next

18   steps. *Id.*

19    As provided in the joint status report filed concurrently herewith, the parties participated in a

20   full-day mediation on January 29, 2025 and were ultimately able to reach an agreement in principle

21   to resolve this matter on a class-wide basis.  The parties are in the process of drafting a written

22   settlement agreement, and Plaintiff intends to file a motion for preliminary approval with the Court

23   once the settlement agreement is finalized and executed.  The parties anticipate that this process will

24   take ninety (90) days.

25    To conserve the resources of this Court and the parties, the parties request that this case, and

26   all litigation deadlines, be temporarily stayed for an additional ninety (90) days.  This request to

27   stay proceedings is made in good faith to allow the parties to focus their attention and resources on

28   the execution of a written settlement agreement, and on Plaintiff's motion for preliminary approval,

STIPULATION AND ORDER TO STAY PROCEEDINGS

KAZEROUNI
LAW GROUP, APC

1   with the aim of resolving this case.  This is the parties' second stipulation to stay proceedings, and it

2   is not made for any improper purpose or other reason of delay.

3         IT IS THEREFORE STIPULATED, and the parties respectfully request, that the Court

4   temporarily stay all proceedings and deadlines in this case, including the hearing on and disposition

5   of Defendants' Motion, for an additional ninety (90) days pending the parties' execution of a class-

6   wide settlement agreement and the filing of Plaintiff's motion for preliminary approval thereof.  In

7   the event a settlement agreement has not yet been executed, or if Plaintiff's motion for preliminary

8   approval is otherwise not able to be filed within ninety (90) days, the parties will alternatively file a

9   joint status report providing an update to the Court no later than May 13, 2025.

10

11  DATED this 12th day of February, 2025.

12

13  By:  _/s/ Mona Amini_                                      By:  _/s/ Philip R. Erwin_
    Gustavo Ponce, Esq. (15084)                          Philip R. Erwin, Esq. (11563)
14  Mona Amini, Esq. (15381)                             CAMPBELL & WILLIAMS
    KAZEROUNI LAW GROUP, APC                             710 South Seventh Street, Suite A
15  6940 S. Cimarron Rd., Suite 210                      Las Vegas, NV 89101
    Las Vegas, NV 89113
16                                                       Sean G. Wieber (admitted *pro hac vice*)
    *Attorneys for Plaintiff*                            Kevin P. Simpson (admitted *pro hac vice*)
17                                                       Amelia Garza-Mattia (admitted *pro hac vice*)
                                                         WINSTON & STRAWN LLP
18                                                       35 W. Wacker Dr.
                                                         Chicago, IL 60601
19
                                                         *Attorneys for Defendants*
20

21                                        **ORDER**

22      Based on the parties' stipulation [ECF No. 32] and good cause appearing, IT IS ORDERED
    that **THIS CASE IS STAYED through May 13, 2025**.  The parties must file motions regarding
23  settlement or a status report by May 13, 2025.  In light of the impending settlement, IT IS
    FURTHER ORDERED that **the Defendants' Joint Motion to Dismiss Plaintiff's Class Action
24  Complaint [ECF No. 18] is DENIED** as moot and without prejudice to its prompt refiling should
25  the settlement not be completed.

26

27  _____
                                                         U.S. District Judge Jennifer A. Dorsey
28                                                       Dated: February 13, 2025

STIPULATION AND ORDER TO STAY PROCEEDINGS