Abbas Kazerounian, Esq.
(*admitted pro hac vice*)
Mona Amini, Esq.
Nevada Bar No. 15381
Gustavo Ponce, Esq.
Nevada Bar No. 15084
**KAZEROUNI LAW GROUP, APC**
6940 S. Cimarron Road, Suite 210
Las Vegas, Nevada 89113
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523
mona@kazlg.com
gustavo@kazlg.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER HILLBOM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>R1 RCM, INC.; and DIGNITY HEALTH d/b/a DIGNITY HEALTH - ST. ROSE DOMINICAN HOSPITAL, ROSE DE LIMA CAMPUS,<br><br>Defendants. | Case No.: 2:24-cv-00664-JAD-EJY<br><br>**SUPPLEMENTAL DECLARATION OF MEAGAN BRUNNER ON BEHALF OF SETTLEMENT ADMINISTRATOR SIMPLURIS, INC.** |

I, Meagan Brunner, declare:

1. I am a Director of Client Services for Simpluris, Inc. I am over 18 years of age and authorized to make this declaration on behalf of Simpluris and myself, and make this declaration based on my own personal knowledge.

2. Simpluris has extensive experience in class action matters, having provided services in class action settlements involving housing, antitrust, securities fraud, property damage, employment discrimination, employment wage and hour, product liability, insurance, and consumer issues. Simpluris specializes in pre-settlement consultation, data management, legal notification, call center support, claims processing, and tax reporting.

3. This declaration is to supplement the information provided in the Declaration of Meagan Brunner on behalf of Settlement Administrator Simpluris, Inc., executed on October 31, 2025.

4. As of the date of this declaration, 2,180 Postcard Notices have been returned to our office by the U.S. Postal Service as undeliverable. Simpluris performed a computerized skip trace on all 2,180 returned Postcard Notices in an effort to obtain an updated address for purposes of remailing the Postcard Notice. As a result of this skip trace, 1,658 updated addresses were obtained and the Postcard Notices were promptly re-mailed to the Settlement Class Members. After all of these steps were taken, a total of 522 Postcard Notices remain undeliverable. Simpluris was able to reach 96.7% of the Settlement Class via a direct notice.

5. The Postcard Notice informed class members of their right to request exclusion from the settlement or object by October 13, 2025. To date, Simpluris has received one (1) request for exclusion and has not received or been advised of any objections.

6. The deadline for Settlement Class Members to submit a Claim Form was November 11, 2025. As of November 13, 2025, Simpluris has received and processed a total of 770 Claim Forms.

    a. *Monetary Payment.* Of the 770 Claim Form submissions, 682 claim the Monetary Payment. Based off the claims received as of November 13, 2025, and the estimated Net Settlement Fund, the pro rata monetary payment for each Approved Claim is expected to be approximately $591.03.

SUPPLEMENTAL DECLARATION ON BEHALF OF SETTLEMENT ADMINISTRATOR, SIMPLURIS, INC

      b. *Reimbursement Out-of-Pocket Expenses.* Of the 770 Claim Form submissions, 0 claim reimbursement for Out-of-Pocket Expenses.

      c. *Extraordinary Losses.* Of the 770 Claim Form submissions, 1 claim for Extraordinary Losses; however, the Claimant did not provide a claimed amount, and the supporting documentation was determined to not be sufficient proof of Extraordinary Losses.

      d. *Medical Identity-Theft Monitoring and Protection Services.* Of the 770 Claim Form submissions, 475 claim Medical Identity-Theft Monitoring and Protection Services.

7. Simpluris continues to estimate that its total Administrative Expenses to administer the Class Notice and Settlement Benefits in this case will be approximately $32,744.00.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 13th day of November, 2025, in Louisville, Kentucky.

*Meagan Brunner*
Meagan Brunner

SUPPLEMENTAL DECLARATION ON BEHALF OF SETTLEMENT ADMINISTRATOR, SIMPLURIS, INC